# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-CR-24 |
| ) | (Phillips/Shirley) |
| ROBERT J. KILLEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 19, 2007, the Honorable C. Clifford Shirley, United States Magistrate Judge, filed an eleven-page report and recommendation ("R&R") [Doc. 15] in which he recommended that defendant Killen's motion to dismiss indictment [Doc. 10] be granted. Plaintiff United States of America timely objected thereto [Doc. 16], and defendant responded [Doc. 17]. As required by 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b)(3), this court has undertaken a *de novo* review of the United States's objections to the R&R. The court finds itself in complete agreement with Magistrate Judge Shirley's thorough analysis of the legal issues regarding the dismissal of defendant's indictment. The issuance of an opinion by this court, therefore, would be unnecessarily duplicative. Consequently, the United States's objections will be overruled, the R&R will be accepted in whole, and defendant's motion to dismiss indictment [Doc. 10] will be granted.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge